**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
                                          :
    Blair W. Howell                       :
        Debtor                            : Bankruptcy No. 23-12471 MDC

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended

Chapter 13 Plan sent on December 7, 2023, by electronic notification and/or United States

First Class Mail to the Office of the Trustee, and all secured and priority creditors using the

addresses listed in the claims register.

    \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**