United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 23-12471-mdc

Blair W. Howell                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Dec 21, 2023                       Form ID: 155                        Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blair W. Howell, 1198 Jeffrey Lane, Langhorne, PA 19047-3729 |
| 14810769 | + | PNC Bank, NA, c/o Mark A. Cronin, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14808235 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2023 00:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14817583 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 00:24:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14808236 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 00:24:25 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14808237 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 00:24:25 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14808238 | | Email/Text: bankruptcy@oportun.com | Dec 22 2023 00:11:00 | Oportun, Attn: Bankruptcy, Po Box 4085, Menlo Park,, CA 94026 |
| 14808239 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 00:12:00 | PA Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 14816824 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 00:11:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14808240 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 00:11:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14810628 | ^ | MEBN | Dec 22 2023 00:08:48 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14808407 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14809231 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2023 00:24:41 | U.S. Department of Housing and Urban Development,, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2                                User: admin                                Page 2 of 2
Date Rcvd: Dec 21, 2023                        Form ID: 155                        Total Noticed: 13

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Blair W. Howell msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Blair W. Howell

        Debtor(s)

Chapter: 13

Bankruptcy No: 23−12471−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this December 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

21
Form 155