## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     Blair W. Howell : | Chapter 13 |
| **Debtor** : | |
| PNC Bank, NA : | |
| Movant : | **Bankruptcy Case Number** |
| : | **23-12471 AMC** |
| v. : | |
| Blair W. Howell : | |
| Respondent/Debtor : | |

**Debtor's Response to the Motion of PNC Bank, NA**
**for Relief from the Automatic Stay**

Debtor, **Blair Howell**, by and through his counsel, **MICHAEL SCHWARTZ**, **ESQUIRE**, hereby files this response to the Motion for PNC Bank, NA and in support thereof avers as follows:

1. ADMITTED.

2. ADMITTED.

3. ADMITTED.

4. ADMITTED.

5. ADMITTED.

6. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

7. DENIED. Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

8.     DENIED.  Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

9.     DENIED.  Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

10.     DENIED.  Answering Debtor denies the allegations contained in this paragraph as conclusions of law to which no response is required. Strict proof thereof is demanded at time of hearing if deemed relevant.

**WHEREFORE**, Debtor, **Blair W. Howell**, requests this Honorable Court deny the motion of PNC Bank, NA for relief from automatic stay and to declare the automatic stay is still in effect.

Respectfully Submitted,

\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor