## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**     **Blair W. Howell** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | |
| **PNC Bank, NA** | : | |
| **Movant** | : | **Bankruptcy Case Number** |
| | : | **23-12471 AMC** |
| | : | |
| **v.** | : | |
| | : | |
| **Blair W. Howell** | : | |
| | : | |
| **Respondent/Debtor** | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the

Motion of PNC Bank, NA was sent this 30th day of December 2024 via electronic notification

and/or United States, First Class Mail, postage prepaid to the following creditors:

**Movant's Counsel**
Denise Carlon, Esquire via CM/ECF


**Trustee:**
Kenneth West, Esquire via CM/ECF
Chapter 13 Standing Trustee

_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor