IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     Blair W. Howell | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy Case |
| | : | Number 23-12471 |
| | : | |

### ORDER

AND NOW, this _____ day of _____, 2025 upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is ORDERED that said Motion is granted and Debtor shall be permitted to modify his Chapter 13 Plan.

**Date: April 1, 2025**

BY THE COURT:

_____
**Honorable Derek J. Baker**
**US Bankruptcy Judge**