*Form 167* (1/25)–doc 57 – 55

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Blair W. Howell<br><br>    Debtor(s). | Case No. 23–12471–djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION Filed by Blair W. Howell (related document(s)54).

on: 9/11/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: August 11, 2025

For The Court

Timothy B. McGrath
Clerk of Court