# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:      **Blair W. Howell** | : | **Chapter 13** |
| | : | **Bankruptcy No.** |
| | : | **23-12471 DJB** |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify Confirmed Plan (docket number 64, "the Motion"),

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Modified Chapter 13 Plan (Doc. # 65) is **APPROVED**.

BY THE COURT

**Date: November 13, 2025**

_____
**Honorable Derek J. Baker**
**US Bankruptcy Judge**