IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    BLAIR W HOWELL    : CHAPTER 13
                           : BANKRUPTCY NO. 23-12471-djb
         DEBTOR            :

## DEBTOR'S OBJECTION TO THE CERTIFICATION OF DEFAULT BY PNC BANK

TO THE HONORABLE DEREK J BAKER, U.S. BANKRUPTCY JUDGE:

Movant/Debtor, **BLAIR W. HOWELL,** by and through his attorney, **MICHAEL SCHWARTZ, ESQUIRE,** hereby files this Objection to the Certification of Default filed by PNC Bank, Respondent/Creditor, and in support thereof, avers as follows:

1. On January 22, 2026, Movant/Creditor PNC Bank, filed a Certification of Default with this Court alleging that Debtor was in arrears on their mortgage in the amount of $4508.04 per a Notice of Default issued on December 18, 2025.

2. The sole reason that Movant/Creditor filed the Certification of Default is because of the alleged arrears in the mortgage payments.

3. Debtor has made payments to Movant/Creditor since the notice of default letter in the amounts of $2400 on January 2, 2026 and $2000 on January 20, 2026.

4. Debtor expects that the balance of any post-petition arrears will be cured within two weeks.

**WHEREFORE**, Debtor respectfully requests that this Court deny Creditor's request to sign the Order submitted to the Court and declare that the automatic stay is still in effect.

Respectfully submitted,
\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor