**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         BLAIR W HOWELL         : CHAPTER 13
                                                                                 : BANKRUPTCY NO. 23-12471-djb
                       DEBTOR         :

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that on January 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection to Certification of Default

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 1/23/26                                                    \s\ Michael Schwartz
                                                                                      **MICHAEL SCHWARTZ, ESQUIRE**
                                                                                      **Attorney for Debtor**
                                                                                      707 Lakeside Park
                                                                                      Southampton, PA 18966
                                                                                      215-396-7900
                                                                                      msbankruptcy@gmail.com

MAILING LIST EXHIBIT

Creditors:

**PNC Bank; Matthew Fissel**
**Email:** mfissel@kmllawgroup.com and CM/ECF system

**US Trustee, Kenneth West** via CM/ECF system