United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 23-12471-djb

Blair W. Howell                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Feb 18, 2026                        Form ID: 167                               Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blair W. Howell, 1198 Jeffrey Lane, Langhorne, PA 19047-3729 |
| 14810769 | + | PNC Bank, NA, c/o Mark A. Cronin, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14816824 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2026 00:57:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14808240 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2026 00:57:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14810628 | ^ MEBN | Feb 19 2026 00:49:01 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

**Name**               **Email Address**

District/off: 0313-2                          User: admin                                 Page 2 of 2
Date Rcvd: Feb 18, 2026                       Form ID: 167                            Total Noticed: 5

DENISE ELIZABETH CARLON
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

MICHAEL SETH SCHWARTZ
                    on behalf of Debtor Blair W. Howell msbankruptcy@gmail.com  MSchwartz@jubileebk.net

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*Form 167* (1/25)–doc 81 – 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
 Blair W. Howell      )   Case No. 23–12471–djb
           )
           )
 Debtor(s).       )   Chapter: 13
           )
           )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtor's Objection to
Certification of Default filed by
PNC BANK, NATIONAL ASSOCIATION


******


Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.


******

on: 3/19/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: February 18, 2026         For The Court

                  Mohung Wong
                  Clerk of Court