United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Blair W. Howell
    Debtor

Case No. 23-12471-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blair W. Howell, 1198 Jeffrey Lane, Langhorne, PA 19047-3729 |
| 14810769 | + | PNC Bank, NA, c/o Mark A. Cronin, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 24 2026 02:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14808235 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 02:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14817583 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2026 02:28:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14808236 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2026 02:28:55 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14808237 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2026 02:29:00 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14808238 | | Email/Text: bankruptcy@oportun.com | Apr 24 2026 02:29:00 | Oportun, Attn: Bankruptcy, Po Box 4085, Menlo Park,, CA 94026 |
| 14808239 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2026 02:29:00 | PA Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 14816824 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 24 2026 02:29:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14808240 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 24 2026 02:29:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14810628 | ^ | MEBN | Apr 24 2026 02:24:22 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14808407 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14809231 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 24 2026 02:29:05 | U.S. Department of Housing and Urban Development,, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 12

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 23, 2026                                Form ID: pdf900                              Total Noticed: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Blair W. Howell msbankruptcy@gmail.com  MSchwartz@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

BLAIR  W. HOWELL

Debtor

Chapter 13

Bankruptcy No. 23-12471-DJB

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 23, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge